√#1008 #129332

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 MAR -3 PM 2:14
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:

GLENN THOMPSON

\* CASE NO. 09-35802-S
\*
\* JUDGE RICHARD L. SPEER
\*
\* William L. Swope, Esq.
\* 221 S. Main Street
\* Findlay, OH 45840
\* (419) 422-0288
\*
\* Sup. Ct. #0029538
\*

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Defiance Clinic<br>P.O. Box 218<br>Defiance, OH 43512 | $ 2.96 |
|  | $ 2.96 |

A check for $2.96 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: February 23, 2011

William L. Swope
Trustee